# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SABRA HARRISON JOHNSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-10-0333-F ) |
| THE FEDERAL TRANSFER CENTER and H.G. LAPPINS, DIRECTOR, BUREAU OF PRISONS, | ) ) ) ) |
| Respondents. | ) ) |

## ORDER

Petitioner Johnson has filed a habeas petition, attacking petitioner's convictions on criminal and disciplinary charges. Petitioner has moved for an extension of time within which to amend the habeas petition. In the alternative, petitioner moves for dismissal without prejudice. (Doc. no. 16.)

Magistrate Judge Robert E. Bacharach's Report and Recommendation is before the court. (Doc. no. 17.) The Report recommends denial of petitioner's motion for a further extension of time within which to amend the habeas petition, and recommends that the petition be dismissed without prejudice.

The Report advises that any objection is due by October 25, 2010, and that failure to object waives petitioner's right to appellate review over the rulings suggested in the Report. No objection has been filed.[1]

---

[1] Petitioner's counsel, previously appointed by Magistrate Judge Bacharach, has filed a notice stating that she has been unsuccessful in her efforts to make direct contact with petitioner and that she does not know whether petitioner has any objection to the matters covered in the Report.

Having reviewed the Report, and with no objection having been filed, the court finds that it agrees with the Magistrate Judge. It further finds that no purpose would be served by any further analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Bacharach is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner's motion for a further extension of time within which to amend his habeas petition is **DENIED** (doc. no. 16) and this action is **DISMISSED** without prejudice.

Dated this 27th day of October, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0333p002.wpd